**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE:<br><br>SKY GARDENS RESIDENCES, LLC,<br><br>  Debtor. | CASE NO. 25-11136-LMI<br><br>CHAPTER 11 |
| SKY GARDENS RESIDENCES, LLC, a Florida limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>BLACK ONYX, LLC, a Florida limited liability company, TRUDY Y. LUEDECKING, P.C., a Michigan professional corporation, and JOHN DOES 1-5,<br><br>  Defendants. | ADV. NO. 25-01368-LMI |
| TRUDY Y. LUEDECKING, P.C.,<br>  Cross-Complainant/Third-Party<br>  Plaintiff,<br>v.<br><br>BLACK ONYX, LLC and JOHN A. SIMS,<br><br>  Cross-Defendant and Third-Party<br>  Defendant. | ADV. NO. 25-01368-LMI |

1

| | |
|---|---|
| BLACK ONYX, LLC,<br><br>     Third-Party Plaintiff,<br><br>v.<br><br>STEPHEN K. HALFORD, HV CONTRACTING, LLC and LATITUDE CONTRACTING, LLC,<br><br>     Third-Party Defendants. | ADV. NO. 25-01368-LMI |

## *EX-PARTE* MOTION TO CONTINUE SCHEDULING CONFERENCES

Plaintiff, SKY GARDENS RESIDENCES, LLC, by and through its undersigned counsel, files this *Ex-Parte Motion to Continue Scheduling Conferences* (the "Motion"), and in support thereof, states as follows:

### BACKGROUND

1.    On November 7, 2025, the Plaintiff filed the original adversary complaint (Adv. ECF No. 1) against Defendants, Black Onyx, LLC ("Black Onyx") and Trudy Y. Luedecking, P.C. ("TYL PC").  Thereafter, on March 6, 2026, the Plaintiff filed the amended adversary complaint against Black Onyx, TYL PC and John Does 1-5 (Adv. ECF No. 35) (the "Amended Complaint").

2.    On March 20, 2026, TYL PC filed its Answer, Affirmative Defenses, Cross-Claim, and Third-Party Claim (Adv. ECF No. 38).

3.    On March 30, 2026, Black Onyx filed its Answer to Amended Complaint, Affirmative Defenses, and Third-Party Complaint (Adv. ECF No. 43).

4.    The Court then issued separate Orders Setting Scheduling Conference and Establishing Procedures and Deadlines (Adv. ECF Nos. 47 and 49) (collectively, the "Scheduling Orders").

5.    In accordance with the Scheduling Orders, Scheduling Conferences are scheduled in the adversary proceeding for **May 19, 2026, at 10:00 a.m.**

2

6.      While the Scheduling Orders appear to relate to the asserted cross-claim and third-party complaints, presumably, the Scheduling Conferences will also relate to the Amended Complaint, as any discovery conducted in the third-party proceedings may likely involve the Plaintiff, as well as the claims asserted in the Amended Complaint, and it may be efficient to endeavor to avoid duplicate discovery.

7.      It is also unknown, with certainty, whether the Scheduling Conferences relate to the Amended Complaint, as well.

### RELIEF REQUESTED

8.      The Plaintiff respectfully requests that the Scheduling Conferences be continued.

9.      Undersigned counsel will be in New York City for his daughter's law school graduation ceremonies and is not scheduled to return to South Florida until the evening of May 20, 2026.

10.     The Plaintiff respectfully submits that good and sufficient cause exists in support of the requested relief.

### LOCAL RULE 5071-1 COMPLIANCE

11.     No prior continuances of the Scheduling Conferences have been requested or granted.

12.     Undersigned counsel contacted counsel for Black Onyx and TYL PC, who have no opposition to the requested continuance.  No counsel has appeared for the third-party defendants.

13.     The Plaintiff consents to a continuance of the Scheduling Conferences.

3

14.     This Motion has been filed at the earliest practical opportunity prior to the Scheduling

Conferences.

**DATED**: April 9, 2026

Respectfully submitted,

/s/ Michael D. Seese
Michael D. Seese, Esq. (FBN 997323)
mseese@seeselaw.com
SEESE, P.A.
101 N.E. 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33301
Telephone No. 954-745-5897

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Motion* was served

via Notice of Electronic Filing CM/ECF to those parties registered to receive electronic notices of

filings in this Case on the date filed.

*I HERBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).*

SEESE, P.A.
101 N.E 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33301
Telephone: (954) 745-5897

By: /s/ *Michael D. Seese*
        Michael D. Seese
        Florida Bar No. 997323
        mseese@seeselaw.com

*Attorneys for the Plaintiff*

4