

**ORDERED in the Southern District of Florida on April 10, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE:<br><br>SKY GARDENS RESIDENCES, LLC,<br><br>　　　Debtor. | CASE NO. 25-11136-LMI<br><br>CHAPTER 11 |
| SKY GARDENS RESIDENCES, LLC, a Florida limited liability company,<br><br>　　　Plaintiff,<br><br>vs.<br><br>BLACK ONYX, LLC, a Florida limited liability company, TRUDY Y. LUEDECKING, P.C., a Michigan professional corporation, and JOHN DOES 1-5,<br><br>　　　Defendants. | ADV. NO. 25-01368-LMI |

1

| | |
|---|---|
| TRUDY Y. LUEDECKING, P.C.,<br>        Cross-Complainant/Third-Party<br>        Plaintiff,<br>v.<br><br>BLACK ONYX, LLC and JOHN A. SIMS,<br><br>        Cross-Defendant and Third-Party<br>        Defendant. | ADV. NO. 25-01368-LMI |
| BLACK ONYX, LLC,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>STEPHEN K. HALFORD, HV<br>CONTRACTING, LLC and LATITUDE<br>CONTRACTING, LLC,<br><br>        Third-Party Defendants. | ADV. NO. 25-01368-LMI |

**ORDER GRANTING PLAINTIFF'S**
***EX-PARTE* MOTION TO CONTINUE**
**SCHEDULING CONFERENCES**

**THIS CAUSE** came before the Court without hearing on the Plaintiff, SKY GARDENS RESIDENCES, LLC's *Ex-Parte Motion to Continue Scheduling Conferences* (Adv. ECF No. 52) (the "Motion"), and the Court, having reviewed the file and Motion, having noted that all counsel of record consent to the relief requested in the Motion, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.      The Motion is GRANTED.

2.      The Scheduling Conferences (as defined in the Motion) are continued to **June 16, 2026, at 10:00 a.m.,** at United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Courtroom 8, Miami, Florida 333128.

3.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.

###

Submitted by:

Michael D. Seese, Esq.
Seese, P.A.
101 N.E. 3rd Avenue, Suite 1500
Ft. Lauderdale, FL 33301
Telephone No.: (954) 745-5897
mseese@seeselaw.com

Copies to:

Michael D. Seese, Esq., who is directed to serve a copy of this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.